JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste. 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-531-5294

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, <br><br> Plaintiff, <br> vs. <br><br> CRAIG HUNTER, <br><br> Defendant. | NO.: CR 06-0316 MHP <br><br> **STIPULATION RE: MODIFICATION OF CONDITIONS OF RELEASE AND ORDER** <br><br> Date: November 7, 2006 <br> Time: <br> Hon. Edward Chen |

CRAIG HUNTER, through his undersigned counsel, and the United States, through its counsel, Steven Jigger, hereby agree as follows:

The parties jointly request that Mr. Hunter be allowed to attend a physician's appointment November 9, 2006, at 3:30 p.m. at the offices of Jaw-Wan Wang, M.D., located at 7275 E. Southgate Drive, #402, Sacramento, California. (916) 422-6610. It is understood that Mr. Hunter shall return to the Oakland Halfway House immediately upon the conclusion of the appointment.

In the past weeks, Mr. Hunter has continued to suffer from medical complications resulting from his high blood pressure, liver ailments, and gout. Local doctors in the Northern District have advised Mr. Hunter to consult with Dr. Wang who is most familiar with Mr. Hunter's history and best able to interpret the changes in Mr. Hunter's current condition.

Counsel has contacted Victoria Gibson, Mr. Hunter's Pretrial Services Officer and she has

no objection to an Order allowing Mr. Hunter to travel to the Eastern District of California (Sacramento, CA) for the purpose of consulting with Dr. Wang.

Dated: November 7, 2006

-S-

_____
JAMES PHILLIP VAUGHNS
Attorney for Defendant
CRAIG HUNTER

-S-

Dated: November 8, 2006

_____
STEVEN JIGGER
Assistant U.S. Attorney

**ORDER**

Based on the foregoing, the Court hereby modifies the previously set conditions of release to allow CRAIG HUNTER to travel to the Eastern District of California, specifically to the offices of Jan-Wan Wang, M.D., located at 7275 E. Southgate Drive, #402, Sacramento, California 95823 on Thursday, November 9, 2006 for the purpose of a physician's appointment. Mr. Hunter shall return to the Oakland Halfway House immediately upon the conclusion of the appointment.

IT IS SO ORDERED.

DATED: 11/8/06



EDWARD M. CHEN
United States Magistrate Judge