| | |
|---|---|
| 1 | JAMES PHILLIP VAUGHNS, State Bar #124040 |
| | Law Offices of James Phillip Vaughns |
| 2 | 6114 LaSalle Avenue, Ste. 289 |
| | Oakland, California  94611 |
| 3 | Telephone:  510-583-9622 |
| | Facsimile: 510-531-5294 |
| 4 | |
| 5 | Attorney for Defendant |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, | NO.: CR 06-0316 MHP |
| Plaintiff, | **STIPULATION RE: MODIFICATION OF CONDITIONS OF RELEASE AND ORDER** |
| vs. | |
| CRAIG HUNTER, | Date:   December 20, 2006 |
| Defendant. | Time: |
| | Hon. Edward M. Chen |

CRAIG HUNTER, through his undersigned counsel, and the United States, through its counsel, Steven Jigger, hereby agree as follows:

The parties jointly request that Mr. Hunter be allowed to attend a family Christmas celebration from December 24, 2006, to December 26, 2006 in the Eastern District of California at 8145 Steinbeck Drive, Sacramento, California. (916) 981-1199. It is understood that Mr. Hunter shall return to the Oakland Halfway House immediately upon the conclusion of the

///
///
///
///
///

festivities on December 26, 2006. Moreover, Mr. Hunter will contact Victoria Gibson, U.S. Pretrial Officer daily either via voicemail message or directly and provide her with his contact information.

Dated: December 20, 2006

-S-

_____
JAMES PHILLIP VAUGHNS
Attorney for Defendant
CRAIG HUNTER

-S-

Dated: December 20, 2006

_____
STEVEN JIGGER
Assistant U.S. Attorney
By ANDREW SCOBLE
Assistant U.S. Attorney

# **ORDER**

Based on the foregoing, the Court hereby modifies the previously set conditions of release to allow CRAIG HUNTER to travel to the Eastern District of California, specifically to 8145 Steinbeck Drive, Sacramento, California on Saturday, December 24, 2006 for the purpose of attending a family Christmas celebration. Mr. Hunter shall return to the Oakland Halfway House on December 26, 2006 by 3:00 p.m. Mr. Hunter shall provide Victoria Gibson, U.S. Pretrial Officer, with his contact information and shall make telephone contact with her daily, either directly or via voicemail message.

IT IS SO ORDERED.

DATED: December 21, 2006

EDWARD M. CHEN
United States Magistrate Judge