1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste. 289
   Oakland, California  94611
3  Telephone:  510-583-9622
   Facsimile: 510-531-5294
4
   Attorney for Defendant
5

6

7                         UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9                                SAN FRANCISCO DIVISION

10

11
   UNITED STATES OF AMERICA,        )   NO.: CR 06-0316 MHP
12 CALIFORNIA,                      )
                                    )
13            Plaintiff,            )   **STIPULATION RE: MODIFICATION**
   vs.                              )   **OF CONDITIONS OF RELEASE**
14                                  )   **AND ORDER**
                                    )
15 CRAIG HUNTER,                    )   Date:   January 3, 2006
                                    )   Time:
16            Defendant.            )   Hon. Edward M. Chen

17       CRAIG HUNTER, through his undersigned counsel, and the United States, through its

18 counsel, Steven Jigger, hereby agree as follows:

19       The parties jointly request that Mr. Hunter be allowed to attend the funeral of his father,

20 Ralph Harrison, in Lake Charles, Louisiana on January 6, 2007. To facilitate his attendance, the

21 parties request that Mr. Hunter be allowed to travel to his home at the Eastern District of

22 California on Thursday January 4, 2007 for the purpose of gathering suitable clothing and

23 leaving at Sacramento Metropolitan Airport on Continental Airlines flight 1740 at 12:35 a.m.,

24 Friday, January 5, 2007 and arriving in New Orleans, Louisiana at 8:50 a.m. that same morning.

25 Mr. Hunter will be transported by his surety, Justin Duhon, from the New Orleans International

26 Airport to Mr. Duhon's home (also pledged as security for Mr. Hunter's bond) at 1017 Garden

27 Drive, in Westlake, Louisiana. Mr. Hunter and family will leave Mr. Duhon's residence

28 Saturday, January 6, 2007 and travel via automobile to Mr. Harrison's funeral in Crowley,

1 | Louisiana. Mr. Hunter will return to the Eastern District on Monday, January 8, 2007 on
2 | Continental Airlines flight 116, leaving New Orleans at 5:16 p.m. and arriving at Sacramento
3 | Metropolitan Airport at 11:15 p.m. Monday night. Mr. Hunter will report to the Oakland
4 | Halfway House on Tuesday morning, January 9, 2007 after spending the night at his family
5 | home at 8145 Steinbeck Way, in Sacramento, California.

Victoria Gibson, of U.S. Pretrial, has no objection to this proposed travel.

Dated: January 3, 2007

_____
JAMES PHILLIP VAUGHNS
Attorney for Defendant
CRAIG HUNTER

Dated: January 3, 2007

_____
STEVEN JIGGER
Assistant U.S. Attorney

# **ORDER**

Based on the foregoing, the Court hereby modifies the previously set conditions of release to allow CRAIG HUNTER to travel to Crowley, Louisiana for the purpose of attending his father's funeral. Mr. Hunter will be allowed to travel to the Eastern District of California on Thursday January 4, 2007 for the purpose of gathering suitable clothing at his home at 8145 Steinbeck Way, Sacramento, California and leaving at Sacramento Metropolitan Airport on Continental Airlines flight 1740 at 12:35 a.m., Friday, January 5, 2007 and arriving in New Orleans, Louisiana at 8:50 a.m. that same morning. Mr. Hunter will be transported by his surety, Justin Duhon, from the New Orleans International Airport to Mr. Duhon's home at 1017 Garden Drive, in Westlake, Louisiana. Mr. Hunter and family will leave Mr. Duhon's residence Saturday, January 6, 2007 and travel via automobile to Mr. Harrison's funeral in Crowley, Louisiana. Mr. Hunter will return to the Eastern District on Monday, January 8, 2007 on Continental Airlines flight 116, leaving New Orleans at 5:16 p.m. and arriving at Sacramento Metropolitan Airport at 11:15 p.m. Monday night. Mr. Hunter shall spend Monday night, January 8, 2007 at his family home at 8145 Steinbeck Way, Sacramento, California and will report to the Oakland Halfway House on Tuesday morning, January 9, 2007.

IT IS SO ORDERED.

DATED: January 4, 2007

_____
EDWARD CHEN
United States Magistrate Judge