1    JAMES PHILLIP VAUGHNS, State Bar #124040
     Law Offices of James Phillip Vaughns
2    6114 LaSalle Avenue, Ste. 289
     Oakland, California 94611
3    Telephone: 510-583-9622
     Facsimile: 510-531-5294
4

FILED

2007 DEC 31 PM 2: 05

RICHARD W. WICKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

5    Attorney for Defendant

6

7                 **UNITED STATES DISTRICT COURT**

8               **NORTHERN DISTRICT OF CALIFORNIA**

9                    **SAN FRANCISCO DIVISION**

10

11

| | |
|---|---|
| 12 UNITED STATES OF AMERICA, ) <br> CALIFORNIA, ) | NO.: CR 06-0316 MHP |
| ) | |
| 13          Plaintiff, ) <br> vs. ) | **STIPULATION RE: MODIFICATION** <br> **OF CONDITIONS OF RELEASE** |
| 14                ) | **AND ORDER** |
| ) | |
| 15 CRAIG HUNTER, ) | Date: December 28, 2007 |
| ) | Time: |
| 16        Defendant. ) | Hon. Nandor J. Vadas |

17

18        CRAIG HUNTER, through his undersigned counsel, and the United States, through its

19 counsel, Barbara Silano, hereby agree as follows:

20        The parties jointly request that Mr. Hunter be allowed to attend a family **New Year's** Day

21 celebration from January 1, 2008, at 10:00 a.m. to 8:00 p.m. at the home of Kathy Thomas,

22 located at 1947 Ashby Ave., Berkeley, California. It is understood that Mr. Hunter shall return to

23 the San Francisco Halfway House immediately upon the conclusion of the festivities.

24

25

Dated: December 28, 2007                        -S-

26

27                            _____
                               JAMES PHILLIP VAUGHNS
                               Attorney for Defendant
28                                CRAIG HUNTER

1
2

Dated: December 28, 2007

-S-

3
4
5
6
7

BARBARA SILANO
Assistant U.S. Attorney

Ok per Alan Lew PTS

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## ORDER

2

3

4     Based on the foregoing, the Court hereby modifies the previously set conditions of release

5  to allow CRAIG HUNTER to travel from the San Francisco Halfway House, specifically to the

6  home of Kathy Thomas, located at 1947 Ashby Ave., Berkeley, California on Tuesday, January

7  1, 2008 for the purpose of attending a family New Year's Day celebration from the hours of

8  10:00 a.m. to 8:00 p.m. At the conclusion of the festivities at 8:00 p.m., Mr. Hunter shall return

9  immediately to the San Francisco Halfway House. All other conditions of Mr. Hunter's release

10  shall remain in effect.

11  *Ok per Allan Lew PTSO 12/31/07 @ NJV*

12

13     IT IS SO ORDERED.

14

15

16

17  DATED: *12/31/07*

18

19                                        _____
                                          NANDOR J. VADAS
20                                        United States Magistrate Judge

21

22

23

24

25

26

27

28                                        - 3 -