| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 1138539)<br>Chief, Criminal Division |
| 4 | STEPHEN H. JIGGER (CABN 219430)<br>BARBARA BRENNAN SILANO (MASSBAR 055540) |
| 5 | Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue<br>San Francisco, Ca. 94102 |
| 7 | Telephone: (415) 436-6960<br>steve.jigger@usdoj.gov |
| 8 | Barbara.Silano@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-06-0316 MHP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER<br>TO CONTINUE SENTENCING DATE |
| CRAIG HUNTER, | ) | |
| Defendant. | ) | |

The United States of America, by undersigned counsel, and the defendant through his counsel, James Phillip Vaughns, hereby stipulate to and request this Court's approval for the continuance of the sentencing date in this case to August 25, 2008 at 9:00 a.m..

This matter was originally scheduled for a prior date and the parties agreed to move the sentencing of this matter to August 25, 2008. While government counsel did determine that this date was available with the court, apparently the parties failed to file a stipulation in this matter but believed it was scheduled for August 25, 2008. However, the matter was not placed upon the

STIPULATION TO
CONTINUE SENTENCING
CR 06-0316 MHP

| | |
|---|---|
| 1 | court calender.  While the parties originally agreed to this date, it is unknown to government |
| 2 | counsel if the defense is ready to proceed.  The government had filed its sentencing memo. |
| 3 | Efforts to reach counsel for Mr. Hunter have not been successful.  It is not known if he plans to |
| 4 | appear on Monday.  Government counsel was on business travel for most of last week and is |
| 5 | currently on leave.  Therefore, the government requests the matter be placed on the calender for |
| 6 | August 25, 2008 at 9:00a.m. for sentencing or resetting, or in the alternative, the parties be |
| 7 | directed to provide the Court with a new stipulated date for sentencing. |

      WHEREFORE, the parties respectfully request that the Court continue the date of the next appearance in the above captioned matter to August 25, 2008 or Order the parties to stipulate to a new sentencing date convenient with the Court..

Respectfully Submitted,

JOSEPH P. RUSSONIELLO

Date: 08/01/08

/s/

STEPHEN H. JIGGER
BARBARA BRENNAN SILANO
Assistant U.S. Attorney

```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
```

UNITED STATES OF AMERICA,           )   No. CR- 06-0316 MHP
                                    )
         Plaintiff,                 )
                                    )   [PROPOSED] ORDER TO CONTINUE
    v.                              )   SENTENCING DATE
                                    )
CRAIG HUNTER,                       )   SAN FRANCISCO VENUE
                                    )
         Defendant.                 )
_____)

   Upon stipulation of the parties, and good cause appearing, IT IS ORDERED THAT, the sentencing/next court date in this matter is hereby continued to August 25, 2008 at 9:00 a.m..

Date: August 4, 2008

_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE



ORDER
CR 06 0316 MHP                          3