STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Email: gabriela_bischof@fd.org

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CRAIG HUNTER,<br><br>  Defendant. | No. CR 06-00316-017 VC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING SENTENCE<br>REDUCTION UNDER U.S.S.G. § 1B1.1(b)<br>AND AMENDMENT 782** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level: 31

   Criminal History Category: VI

   Guideline Range: 188 to 235 months

   Mandatory Minimum: 120 months

3. Defendant was sentenced to 168 months imprisonment on August 25, 2008.

4. According to the Bureau of Prisons, Defendant's current projected release date is May 30, 2020.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

    Total Offense Level: 29

    Criminal History Category: VI

    Guideline Range 151 to 188 months

    Mandatory Minimum: 120 months

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's total term of custody to 151 months**, effective November 1, 2015.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual. A Sentencing

Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.

July 7, 2015 /s/
---
DATED

MELINDA L. HAAG
United States Attorney
J. DOUGLAS WILSON
Assistant United States Attorney
Northern District of California

July 7, 2015 /s/
---
DATED

STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
Northern District of California

## [PROPOSED] ORDER

IT IS SO ORDERED.

August 6, 2015
---
DATED

VINCE CHHABRIA
United States District Judge